NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**BENJAMIN CUNNINGHAM,**
*Plaintiff-Appellant,*

v.

**UNITED STATES,**
*Defendant-Appellee.*

---

2012-5052

---

Appeal from the United States Court of Federal Claims in case no. 11-CV-330, Judge Lawrence J. Block.

---

**ON MOTION**

---

**ORDER**

Benjamin Cunningham moves for leave to proceed in forma pauperis.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted.

FOR THE COURT

**FEB 2 1 2012**
_____
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc:  Benjamin Cunningham
     Steven M. Mager, Esq.

s21

**FILED**
**U.S. COURT OF APPEALS FOR**
**THE FEDERAL CIRCUIT**

FEB 2 1 2012

**JAN HORBALY**
**CLERK**